UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-23269-CIV-JORDAN

SEABOARD MARINE LTD., )
)
)
Plaintiff )
)
vs. )
)
ALL WORLD LOGISTICS, INC., )
)
)
Defendant

_____

**FINAL JUDGMENT**

Seaboard Marine's motion to enforce the stipulation for settlement and for entry of final judgment against All World Logistics, Inc., [D.E. 8] is GRANTED.

Seaboard Marine moves for entry of final judgment because All World failed to adhere to the stipulation for settlement executed on January 18, 2008, in which All World agreed to pay $16,000 to Seaboard Marine. To date, All World has paid $9,000, but has not remitted any further payments since March of 2008. All World has not responded to Seaboard Marine's motion.

Final judgment is therefore entered against All World for the amount of $7,000 plus attorneys fees and costs incurred in the enforcement of the settlement agreement.

This case is CLOSED.

DONE and ORDERED in chambers in Miami, Florida, this 8th day of October, 2008.

_____
Adalberto Jordan
United States District Judge

Copy to:    All counsel of record